IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT CHU, | : | Civil No. 3:16-cv-1470 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| RUSSELL PERDUE, | : | |
| Respondent | : | |

### ORDER

**AND NOW**, this 14th day of November, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge